IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED MAY 10 2012

| | | |
|---|---|---|
| WESLEY NEAL | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DEBRA SAUERS, et al. | : | NO. 11-6350 |

## ORDER

AND NOW, this 10 day of MAY, 2012, upon consideration of the pleadings and record herein, and after review of the Report and Recommendation of Magistrate Judge Thomas J. Rueter, it is hereby

**ORDERED**

that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Petitioner's petition for a writ of habeas corpus is **DENIED**; and

3. There is no probable cause to issue a certificate of appealability.

BY THE COURT:

_____
BERLE M. SCHILLER,          J.

ENTERED
MAY 09 2012
CLERK OF COURT